# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 25, 2021

## NO. 03-19-00109-CV

**Rosa E. Santis and Rosa Santis, Appellants**

**v.**

**Travis Central Appraisal District, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on November 13, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the district court's judgment and renders judgment dismissing the case for want of prosecution. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.